Richard L. Mahfouz II (State Bar No. 246739)
CLERKIN, SINCLAIR & MAHFOUZ, LLP
3333 Camino Del Rio South, Suite 120
San Diego, CA 92108
Telephone: 619-308-6550
Fax: 619-923-3143
Email: rlmahfouz@clerkinlaw.com

Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>           Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendants. | CIV. NO.: _____<br><br>JUDGE:_____<br><br>COMPLAINT FOR SUBROGATION RECOVERY |

Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their attorneys, CLERKIN, SINCLAIR & MAHFOUZ, LLP, complaining against Defendant UNITED STATES OF AMERICA, alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil action against the UNITED STATES OF AMERICA brought pursuant to the Federal Tort Claims Act, 28 USC §2671 et seq. Jurisdiction is proper pursuant to 28 U.S.C. §1346.

2. Venue of this action is based on 28 U.S.C. §1402. All or part of the acts or omissions giving rise to Plaintiff's claims occurred in this judicial district. The accident, as discussed below, occurred in this judicial district.

/././.

Our file no.: 05-39J6-30C

## PARTIES

3. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ('Plaintiff') is, and was, an Illinois corporation, authorized to transact business in the state of California. Plaintiff is, and was, authorized to transact business in the state of California as an insurer.

4. At all relevant times herein referenced, YULIANA RAMIREZ was an individual, residing in the County of Monterey, State of California, insured by Plaintiff, and the owner of the vehicle that is the subject of this matter.

5. Defendant UNITED STATES OF AMERICA exists under and by virtue of its own laws, has waived sovereign immunity, and is subject to liability for the torts alleged herein pursuant to 28 U.S.C. §2674.

## GENERAL ALLEGATIONS

6. Upon information and belief, on or about September 16, 2022, Defendant UNITED STATES OF AMERICA, through its agency the United States Postal Service was turning from Tierra Grande Drive onto Carmel Valley Road in Monterey County, California. An employee of the United States Postal Service, Ernaldo Gimutao Baldonado, who at all times herein was acting within his scope of employment or agency with the United States Postal Service, was turning the United States Postal Service vehicle onto Carmel Valley Road. Ernaldo Gimutao Baldonado was attempting to turn onto Carmel Valley Road as Insured was driving westbound, which then collided with the vehicle driven by the Insured.

7. Upon information and belief, the people responsible for the safety of the driving of the Defendants vehicle, were all employees and/or agents of the UNITED STATES OF AMERICA, and/or the United States Postal Service, and acting within their scope of their employment or agency.

8. At all relevant times herein referenced, Insured is, and was insured against loss and/or damages by Plaintiff under a policy of insurance ("Insurance"), issued by Plaintiff to Insured as the named insured.

/././.

/././.

Our file no.: 05-39J6-30C

9. Said insured complied with all terms and conditions of said policy and by agreement with Plaintiff filed proof of loss specifying the loss caused by said incident to be in the sums as set out below, and said sums were paid by Plaintiff to or for the benefit of Insured a the request of Insured.

## I.

## CAUSE OF ACTION:

### Negligence

10. Plaintiff alleges and incorporates by reference paragraphs 1 through 9 of this Complaint as if set forth in full herein.

11. The damage to the Insured's vehicle was caused by the negligent, careless, and wrongful acts and/or omissions to act of the UNITED STATES OF AMERICA, through its agents, servants, and employees, acting within the scope of their agency/employment.

12. Among other things, The UNITED STATES OF AMERICA negligently and or carelessly failed to exercise reasonable care, including but not limited to one or more of the following ways:

(a) In causing its vehicle to collide with the Insured's vehicle;

(b) In failing to exercise due care towards motorists/vehicles using Tierra Grande Drive and Carmel Valley Road, including the Insured's vehicle;

(c) In failing to not hit the Insured's vehicle as described above;

(d) In failing to properly supervise the agents/employees of the UNITED STATES OF AMERICA and/or the United States Postal Service, involved in the vehicle driving activities, namely Ernaldo Gimutao Baldonado;

13. As a direct and proximate result of the negligence, in one or more ways as described above, of the Defendant, and the damages caused by the Defendant, for the collision of the Insured's vehicle by the United States Postal Service vehicle, and after receiving proof of loss, Plaintiff under its policy, paid to or on behalf of its Insured and the driver and/or passengers in the vehicle the sum of $30,872.03 and became subrogated to that amount.

/././.

/././.

Our file no.: 05-39J6-30C

## II. DAMAGES

14. On or about January 24, 2023, Plaintiff made a claim for damages, for and in the amount of damages as described above, against UNITED STATES OF AMERICA and/or the United States Postal Service and Ernaldo Gimutao Baldonado. Despite this, UNITED STATES OF AMERICA refuses to pay said amount of damages, therefore, the claim for damages was rejected.

15. Therefore, Plaintiff is entitled to its right of subrogation to recover said sums, $30,872.03.

16. Despite demand from Plaintiff, Defendant has failed and refused through non-response, and continues to fail and refuse, through non-response, to pay this sum, in whole or in part thereof.

## III. CLAIM FOR RELIEF

WHEREFORE, Plaintiff prays judgment as against Defendants, and each of them, as follows:

1. For the sum of $30,872.03;
2. For Pre-judgment interest at maximum rate allowed by law per California Civil Code section 3287(a);
3. For costs of suit incurred herein; and
4. For such other and further relief as the court may deem just and proper.

DATED: March 19, 2024                    CLERKIN, SINCLAIR & MAHFOUZ, LLP

_____
Richard L. Mahfouz II,
Attorneys for Plaintiff State Farm Mutual
Automobile Insurance Company

Our file no.: 05-39J6-30C